IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**MICHAEL C. OAKLEY**,<br>Defendant | NO.  3: 06-MJ-10-09 (CWH)<br><br>VIOLATION(S):  **Firearms Related** |

**ORDER ON MOTION OF MICHAEL C. DANIEL  TO WITHDRAW
AS COUNSEL FOR DEFENDANT MICHAEL C. OAKLEY**

MICHAEL C. DANIEL, attorney of record for defendant MICHAEL C. OAKLEY, has requested that the court permit him to withdraw as counsel for said defendant, showing that the defendant has retained the legal services of EDWARD D. TOLLEY of the Athens Bar to represent him in the above-captioned matter.  Tab #9.  Mr. Tolley has made an Entry of Appearance herein.  Tab #7.

Upon consideration of said request, the same is **GRANTED**.  MICHAEL C. DANIEL is hereby relieved of any further responsibility in the representation of defendant MICHAEL C. OAKLEY.

SO ORDERED, this 25th day of OCTOBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE